AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAVORIS LA'RON JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-221

VINCENT PELLEGRINI,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 4, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Motion to Proceed In Forma Pauperis is denied and his complaint is dismissed. This case stands closed.

Approved by: _____

December 16, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03